### LANCASTER v. WHITESIDE.

LEWIS, J.   Where one has bona fide purchased cotton from a tenant, without notice or knowledge that the tenant's landlord had a lien thereon for rent, the landlord has no right of action against such purchaser for the value of the cotton.   Under this rule of law there was sufficient evidence to support the verdict of the jury for the defendant in the justice's court, and there was therefore no error in overruling the petition for certiorari, the only ground of error complained of being that the verdict was contrary to law and the evidence.   *Worrill* v. *Barnes*, 57 *Ga.* 404; *Thornton* v. *Carver*, 80 *Ga.* 397.        *Judgment affirmed.   All the Justices concurring.*

Submitted June 6,—Decided July 25, 1899.

Certiorari.   Before   Judge   Felton.   Bibb   superior   court. December 20, 1898.

*M. G. Bayne*, for plaintiff.

*Steed, Ryals & Stone*, for defendant.

---

### MARSH v. NEW ENGLAND COMPANY.

SIMMONS, C. J.   The charge of the court was fair, and fully covered the issues involved ; there was no error in the portions of the charge to which exception was taken, when considered in connection with the entire charge ; there was no reversible error in the admission of evidence ; and the evidence having been conflicting and the verdict of the jury approved by the trial judge, this court will not interfere with his discretion in refusing to grant a new trial.   *Judgment affirmed.   All the Justices concurring.*

Argued June 15,—Decided July 25, 1899.

Complaint.   Before   Judge   Fite.   Dade   superior   court. September 20, 1898.

*J. G. Hale* and *Shumate & Maddox*, for plaintiff.

*W. U. & J. P. Jacoway* and *R. J. & J. McCamy*, for defendant.